Sean P. Nalty, CA Bar No. 121253
sean.nalty@ogletreedeakins.com
Shivani Nanda, CA Bar 253891
shivani.nanda@ogletreedeakins.com
Cara F. Barrick, CA Bar No. 303107
cara.Barrick@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

James P. Keenley, CA Bar No. 253106
Brian H. Kim, CA Bar No. 215492
Emily A. Bolt, CA Bar No. 253109
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, CA  94710
Telephone:     510.225.0695
Facsimile:     510.225.1095

Attorneys for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>     vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:15-cv-05164-EMC<br><br>**STIPULATION AND P~~ROPOS~~ED ORDER TO CONTINUE ADR COMPLETION DEADLINE**<br><br>Action Filed:     October 6, 2015<br>Trial Date:        None Set<br>Judge:              Hon. Edward M. Chen |

1   The Parties to this matter, Plaintiff John Doe ("Plaintiff") and Defendant The Northwestern
2   Mutual Life Insurance Company ("Defendant") (collectively "the Parties"), hereby request that the
3   Court extend the June 17, 2016 date in this matter to complete mediation based on the following:
4   The Parties have worked together to obtain necessary medical documentation that is
5   required to have a productive mediation in this matter.   As a result of these efforts, the Parties need
6   and additional 60 days to complete the mediation in this matter.  Accordingly, the Parties stipulate
7   and respectfully request a 60 day extension of the June 17, 2016 date to complete mediation in this
8   matter.  The parties hereby agree and stipulate that mediation in this matter shall now be completed
9   on or before August 17, 2016.  It is so stipulated.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 16, 2016              BOLT KEENLEY KIM LLP

By: */s/ James P. Keenley*
    James P. Keenley
    Brian H. Kim
    Emily A. Bolt

Attorneys for Plaintiff JOHN DOE

DATED:  June 16, 2016             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ Sean P. Nalty*
    Sean P. Nalty
    Shivani Nanda
    Cara F. Barrick

Attorneys for Defendant NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(1), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

|  |  |
|---|---|
|  | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Dated:  June 16, 2016. | By:        /s/ *Sean P. Nalty*<br>     Sean P. Nalty |
|  | Attorneys for Defendant NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The status conference is reset from 6/30/16 to 9/1/16 at 10:30 a.m.  An updated joint status report shall be filed by 8/25/16.

DATED: June 20, 2016

_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

25157241.2