1 | Sean P. Nalty, CA Bar No. 121253
sean.nalty@ogletreedeakins.com
2 | Shivani Nanda, CA Bar 253891
shivani.nanda@ogletreedeakins.com
3 | Cara F. Barrick, CA Bar No. 303107
cara.Barrick@ogletreedeakins.com
4 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
5 | One Market Plaza
San Francisco, CA  94105
6 | Telephone:     415.442.4810
Facsimile:      415.442.4870
7 |
Attorneys for Defendant NORTHWESTERN MUTUAL LIFE
8 | INSURANCE COMPANY

9 | James P. Keenley, CA Bar No. 253106
Brian H. Kim, CA Bar No. 215492
10 | Emily A. Bolt, CA Bar No. 253109
BOLT KEENLEY KIM LLP
11 | 1010 Grayson Street, Suite Three
Berkeley, CA  94710
12 | Telephone:     510.225.0695
Facsimile:      510.225.1095
13 |
Attorneys for Plaintiff JOHN DOE
14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA**

17 | **SAN FRANCISCO**

18 | JOHN DOE,                                            Case No. 3:15-cv-05164-EMC

19 |             Plaintiff,

**STIPULATION AND PROPOSED ORDER
20 |      vs.                                            TO DISMISS CASE WITH PREJUDICE**

21 | NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,                            Action Filed:     October 6, 2015
22 |                                                    Trial Date:       None Set
             Defendant.                               Judge:            Hon. Edward M. Chen
23 |

24 |

25 |

26 |

27 |

28 |

Case No. 3:15-CV-05164-EMC

STIPULATION AND PROPOSED ORDER TO CONTINUE ADR COMPLETION DEADLINE

**JOINT STIPULATION**

WHEREAS, the Parties have reached a settlement of all claims asserted in this action.

WHEREFORE, the Parties hereby stipulate to dismiss the entire case with prejudice, each party to bear their own costs and fees.


IT IS SO STILUPATED.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 16, 2016                              BOLT KEENLEY KIM LLP


                                                  By: */s/ James P. Keenley*
                                                       James P. Keenley
                                                       Brian H. Kim
                                                       Emily A. Bolt

                                                  Attorneys for Plaintiff JOHN DOE

DATED:  June 16, 2016                             OGLETREE, DEAKINS, NASH, SMOAK &
                                                  STEWART, P.C.


                                                  By:  */s/ Sean P. Nalty*
                                                       Sean P. Nalty
                                                       Shivani Nanda
                                                       Cara F. Barrick

                                                  Attorneys for Defendant NORTHWESTERN
                                                  MUTUAL LIFE INSURANCE COMPANY

**ORDER**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation to dismiss the entire case with prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED.


DATED: _____          8/30/2016

                                                  Honorable
                                                  United Sta...

                                                  IT IS SO ORDERED

                                                  Judge Edward M. Chen

                                                  Case No. 3:15-CV-05164-EMC

1

STIPULATION AND PROPOSED ORDER TO CONTINUE ADR COMPLETION DEADLINE